UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

ELIYAHU DABBAH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FIRST CREDIT SERVICES INC. d/b/a
ACCOUNTS RECEIVABLE TECHNOLOGIES, INC.

    Defendant.
_____

Case No. 21-cv-10576

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Lippes Mathias Wexler Friedman LLP, by Sean M. O'Brien, Esq., hereby enters appearance in these proceedings as counsel of record for Defendant First Credit Services, Inc. d/b/a Accounts Receivable Technologies, Inc. and requests that all papers, pleadings, notices, orders and other related documents in these proceedings be served upon the undersigned.

DATED:    July 2, 2021

    Respectfully submitted,

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

/s Sean M. O'Brien
Sean M. O'Brien, Esq.
New Jersey Bar #093702013
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: sobrien@lippes.com