UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------x
Eliyahu Dabbah, individually and on behalf of all others similarly situated,

                Plaintiff,

Case No.: 3:21-cv-10576

    -against-

First Credit Services Inc.

d/b/a Accounts Receivable Technologies, Inc.,
                Defendant(s).
------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT AS TO AMERICAN EXPRESS COMPANY

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 13th day of September, 2021    Respectfully Submitted,

*/s/ Yaakov Saks*
Yaakov Saks
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
Phone: 201-282-6500
ysaks@steinsakslegal.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 13, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        */s/ Yaakov Saks*
                                                        Yaakov Saks